# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAYMOND COREY GREEN,**

      **Plaintiff,**

**-vs-**                                                 **Case No. 6:12-cv-357-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____

## ORDER

This case is before the Court on a review of the final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's claim for social security benefits. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 23, 2013 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings.

3. The Clerk of the Court is directed to issue a judgment consistent with this Order and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 20th day of February, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record