**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAYMOND COREY GREEN,**

     **Plaintiff,**

**-vs-**                 **Case No.  6:12-cv-357-Orl-28KRS**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

     **Defendant.**
_____

# REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

  This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S UNCONTESTED PETITION FOR ATTORNEY'S FEES (Doc. No. 20)**
>
> **FILED:**  **March 3, 2013**

  The plaintiff seeks an award of attorney' fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  A final judgment reversing the decision below was entered on February 21, 2013.  Doc. No. 19.  An award of fees and expenses is, therefore, ripe for consideration.  Counsel for Plaintiff represents that the relief requested is not opposed.  Doc. No. 20 at 3.

  Plaintiff's attorneys seek $4,287.20 in fees as follows: 22.1 hours worked in 2012 and 2013 by Attorney Richard Culbertson; and, 1.2 hours worked in 2012 and 2013 by Attorney Sarah Fay. *Id.* at 2.

The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index (CPI). 28 U.S.C. § 2412(d)(2)(A). Plaintiff's counsel filed a cost-of-living analysis that shows that the maximum hourly rate permitted for EAJA attorneys' fees for work performed in 2012 and 2013 is $184.00. Both attorneys seek this maximum rate.

At least one judge of this Court has found that the maximum allowable rate under the EAJA exceeds the reasonable hourly rate in this market for work in social security disability cases. *Coffman v. Astrue*, No. 8:07-cv-1416-T-TGW, 2008 WL 5137956, at * 1 (M.D. Fla. Dec. 5, 2008). Further, $184.00 per hour is unreasonable for the work of Attorney Fay, who was first admitted to the Florida bar in 2011. Doc. No. 20 at 12.

Accordingly, I recommend that the Court find that a reasonable hourly rate for the work of Attorney Culbertson is $184.00 solely in the absence of objection by the United States. I recommend that the Court find that a reasonable hourly rate for the work of Attorney Fay is $125.00 per hour. I further recommend that the Court find that the total hours worked are reasonable in the absence of objection. Therefore, the lodestar attorneys' fee would be as follows:

| **Attorney** | **Hourly Rate** | **Reasonable Hours** | **Total** |
|---|---|---|---|
| Richard Culbertson | $184.00 | 22.1 | $4,066.40 |
| Sarah Fay | $125.00 | 1.2 | $150.00 |
| **TOTAL** | | | **$4,216.40** |

If the United States determines that Plaintiff Green does not owe a debt to the federal government, counsel ask that the Commissioner be required to pay the attorney's fees directly to them, pursuant to an assignment signed by Plaintiff Green. The Commissioner has taken inconsistent positions regarding whether it will accept such an assignment, and courts have found that an assignment given before fees are awarded is not effective as a matter of law. *See, e.g., Robinson v. Comm'r of Soc. Sec.*, No. 6:09-cv-1288-Orl-18GJK, 2011 WL 1480386, at *1 (M.D. Fla. April 4, 2011), *adopted,* 2011 WL 1485990 (M.D. Fla. Aug. 31, 2010); *Young v. Astrue*, No. 3:09-cv-132-CDL-MSH, 2011 WL 1196054, at * 3 (M.D. Ga. 2011), *adopted*, 2011 WL 1154362 (M.D. Ga. March 28, 2011). Therefore, I recommend that the Court order the Commissioner to pay the attorneys' fees directly to Plaintiff Green.

**RECOMMENDATION.**

For the reasons set forth above, I **RESPECTFULLY RECOMMEND** that the Court **GRANT in part** Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 20) and **ORDER** Defendant Commissioner to pay to Plaintiff Raymond Corey Green attorneys' fees in the amount of $4,216.40.

**DONE** and **ORDERED** in Orlando, Florida on March 8, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE