UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYMOND COREY GREEN,

        Plaintiff,

-vs-                                        Case No. 6:12-cv-357-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 20) filed March 3, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation, Plaintiff's objection to the hourly rate for attorney Sarah Fay is **SUSTAINED** and Plaintiff's objection to the denial of the assignment of EAJA fees to counsel is **OVERRULED**. Plaintiff's request for additional fees is **DENIED**. Plaintiff may file a separate motion for his request for additional fees which will allow Defendant an opportunity to respond to same. The Court otherwise agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 8, 2013 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** to the extent that the hourly rate for Attorney Culbertson at

$184.00 is reasonable, his 22.1 hours are reasonable, and the reasonable time for Attorney Fay is 1.2 hours. The Court however, finds that the hourly rate of $184.00 for Attorney Fay has already been approved by this Court and finds it to be reasonable in this case.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 20) is **GRANTED** and Plaintiff is awarded $4,287.20 in attorney's fees pursuant to the Equal Access to Justice Act ("EAJA").

3. The Clerk of the Court is directed to enter judgment in the amount of $4,287.20 in favor of Plaintiff and against Defendant.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23 day of May, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record